Entered on Docket
April 23, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-70782

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-11396-lbr |
|---|---|
| Gerlie Dalusong | Date: 4/12/2010<br>Time: 10:30 am |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

property, generally described as 5237 Mambo Vista Ave, Las Vegas, NV 89108, and legally described

as follows:

> PARCEL ONE (1):
> LOT FIFTY -FOUR (54) IN BLOCK TWO (2) OF MADRE MESA NORTH AS SHOWN BY
> MAP THEREOF ON FILE IN BOOK 101 OF PLATS, PAGE 84 IN THE OFFICE OF THE
> COUNTY RECORDER OF CLARK COUNTY, NEVADA.
>
> PARCEL TWO (2):
> A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, USE AND ENJOYMENT
> AND PUBLIC UTILITY PURPOSES ON, OVER AND ACROSS THE PRIVATE STREETS
> AND COMMON AREAS ON THE MAP REFERENCED HEREINABOVE, WHICH
> EASEMENT IS APPURTENANT TO PARCEL ONE (I).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

**give Debtor at least seven business days' notice of the time, place and date of sale.**

Submitted by:

**WILDE & ASSOCIATES**

By:_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Matthew E. Aaron
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Brian D. Shapiro
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x___ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor